# PARKER HANSKI LLC
40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:       212.248.5600

October 24, 2023

<u>Via ECF</u>
The Honorable Katherine Polk Failla
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007



Re:   Motion to Adjourn Initial Pretrial Conference
      <u>Terrell Thomas v Duane Ventures, Inc. and Babycottons LLC</u>
      <u>Docket No. 1:23-cv-07113 (KPF)</u>

Dear Judge Failla:

  We represent the plaintiff in the above-entitled action.  We write to respectfully ask the Court to (i) adjourn the November 3, 2023 initial pretrial conference to a date in December 2023; and (ii) similarly extend the parties' deadline to file the proposed civil case management plan and joint letter which are due in advance of the conference.  The reason for this request is because the defendants have not yet appeared in this action and plaintiff is working on trying to obtain the appearance of these defendants.  Therefore, plaintiff respectfully asks the Court for the additional time in order to try to obtain their appearance in this action.  This is the first application by plaintiff for this relief.

  Thank you for your time and attention to this matter.  With kindest regards, I am

           very truly yours,

           /s/
          Robert G. Hanski, Esq.

Application GRANTED.  The initial pretrial conference in this matter scheduled for November 3, 2023, is hereby adjourned *sine die* pending further order of the Court.  If, in thirty days, Plaintiff has failed to "obtain the appearance" of Defendants, the Court expects that Plaintiff will promptly move for certificates of default.

The Clerk of Court is directed to terminate the motion pending at docket entry 11.

SO ORDERED.

Dated:   October 25, 2023
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE